```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 33645
    LAWRENCE WESLEY WIGGINS JR
    ROSEMARIE WIGGINS                         CHAPTER 13

                                              JUDGE: A. BENJAMIN GOLDGAR

         Debtor
    SSN XXX-XX-2443     SSN XXX-XX-3837

-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/10/04 and confirmed on 11/19/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $ 211753.29 .

    4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------------
WELLS FARGO HOME MORT      CURRENT MORTG   71594.79              .00      71594.79
NAVY FEDERAL CU            SECURED         26636.31              .00      26636.31
FIFTH THIRD BANK           SECURED         33266.60              .00      33266.60
NAVY FEDERAL CU            SECURED         16500.00           857.09      16500.00
BECKET & LEE LLP           UNSECURED        2094.40              .00        994.88
ECAST SETTLEMENT CORPORA   UNSECURED       18323.88              .00       8704.19
RESURGENT CAPITAL SERVIC   UNSECURED        7280.26              .00       3458.26
DISCOVER BANK              UNSECURED        5959.63              .00       2830.94
HOME DEPOT                 UNSECURED       NOT FILED             .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED       25979.69              .00      12340.84
GE MONEY BANK              UNSECURED       NOT FILED             .00            .00
BECKET & LEE LLP           UNSECURED        8120.64              .00       3857.46
RESURGENT CAPITAL SERVIC   UNSECURED        4965.71              .00       2358.81
USAA FEDERAL SAVINGS BAN   UNSECURED       12851.48              .00       6104.70
NAVY FEDERAL CU            UNSECURED       10622.12              .00       5045.71
         Summary of disbursements:
-----------------------------------------------------------------------------
                      SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED   147997.70         .00     96197.81         .00      244195.51
PRINCIPAL PAID       147997.70         .00     45695.79         .00      193693.49
INTEREST PAID           857.09         .00          .00         .00         857.09
TOTAL PAID           148854.79         .00     45695.79         .00      194550.58
The Debtor's attorney, PETER FRANCIS GERACI            , was allowed $   2700.00
and was paid $    200.00  direct and $   2500.00  through the plan.

The Trustee received $   8824.42 .

Refunds to the Debtor totaled $    5878.29 .

    Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/08/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE